JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN PEREZ GALAN,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN,<br>Respondent. | Case No. 5:26-cv-05314-MBK<br>JUDGMENT |

Pursuant to the Order Granting Writ of Habeas Corpus, IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: October 15, 2026

/ s / Kaufman

HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE